No. 93–499.  TAYLOR v. CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ET AL.  C. A. 6th Cir. Certiorari denied.

No. 93–500.  SIMMONS ET AL. v. ROSS.  Cir. Ct. Boyd County, Ky.  Certiorari denied.

No. 93–501.  CAZARES v. ELSESSER & RADER ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 93–509.  MARINO v. WRITERS' GUILD OF AMERICA ET AL. C. A. 9th Cir.  Certiorari denied.

No. 93–534.  CITY OF NEW YORK ET AL. v. KAM SHING CHAN ET AL.; and
No. 93–535.  CHINESE AMERICAN PLANNING COUNCIL, INC. v. KAM SHING CHAN ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 93–556.  SAY & SAY ET AL. v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES (CASTELLANO ET AL., REAL PARTIES IN INTEREST).  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 93–561.  MCI TELECOMMUNICATIONS CORP. v. CREDIT BUILDERS OF AMERICA, INC.  C. A. 5th Cir.  Certiorari denied.

No. 93–565.  WILLIAMS v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 93–574.  RAMIREZ-GONZALEZ v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 93–579.  HEMMERLE, DBA HEMMERLE CONSTRUCTION CO., ET AL. v. FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR SUNRISE SAVINGS & LOAN ASSN.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 93–585.  BALKISSOON ET UX. v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 4th Cir.  Certiorari denied.